# In the United States District Court for the Southern District of Georgia Waycross Division

BARBARA ANN HARRINGTON,

      Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

5:24-cv-93

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to affirm the Administrative Law Judge's ("ALJ") decision. Dkt. No. 26. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **AFFIRM** the ALJ's decision denying Plaintiff's claims for Period of Disability and Disability Insurance Benefits and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this $\underline{12}$ day of February, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2